IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEERE & COMPANY,

    Plaintiff,

v.

                                  CV 615-123

HODGES BROS. ENTERPRISES, INC.,
JAMES NATHAN HODGES, and GAVIN
B HODGES,

    Defendants.

## ORDER

Presently before the Court is the parties' motion for consent judgment. (Doc. 18.) Upon consideration, the Court **GRANTS** the parties' request and **INSTRUCTS** the Clerk to enter judgment in favor of Plaintiff and against Defendants as follows.

Judgment shall be entered in favor of Plaintiff and against Defendants, jointly and severally, in the principal amount of $320,000.00 plus post-judgment interest at the annual rate of three (3) percent.

A writ of execution shall issue upon written request of Plaintiff, but shall not be recorded until uncured default shall occur as defined below, which may be recorded on the General Execution Docket(s) upon terms set forth below.

Plaintiff shall cancel and release the judgment contingent upon Plaintiff receiving $160,000.00 from Defendants, which shall be paid by ninety equal and consecutive monthly installments of $1,777.78, due on the 15th of every month beginning May 15, 2016.

Each payment shall be in the form of a check or other financial instrument made payable to John Deere Financial and shall contain the account number, which will be provided to Defendants' counsel. Payments must be sent to the following addresses:

**Standard U.S. Mail Delivery**

John Deere Financial

23176 Network Place

Chicago, IL 60673-1231

**Or**

**Overnight Delivery Address**

JP Morgan Chase

Attn: Lockbox Number 23176

131 S. Dearborn, 6th Floor

Chicago, IL 60603

Defendants shall be in default under the terms of this consent judgment if Defendants fail to pay to Plaintiff any installment set forth above. If Plaintiff does not receive any installment by the due date, Plaintiff shall send by First Class United States Mail, to each Defendant at their addresses set forth in this lawsuit, a written notice of default setting forth the amount of the arrearage and that Defendants have fifteen days from the posting of the notice in which to cure the arrearage. If Plaintiff does not receive sufficient funds to cure the arrearage within fifteen days of the posting of the notice of default, Plaintiff may immediately record the writ of execution and pursue, enforce, and collect the full amount of the judgment minus all amounts received and collected by Plaintiff. All notices of default shall be simultaneously mailed by First Class United States Mail and emailed to counsel for Defendants. Defendants shall be entitled to no more than one notice of default for each calendar year. Should Defendants cure an arrearage within fifteen days of the posting of a notice of default and Defendants default again within the calendar year, Plaintiff shall not be required to send another notice of default to Defendants or their counsel and Plaintiff may immediately record the writ of execution and collect, enforce, and pursue the full amount of the judgment minus all amounts received and collected by Plaintiff.

The Clerk is further instructed to **TERMINATE** the parties' joint motion to hold the case in abeyance (doc. 16). The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 15th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA